**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: T.D.C., A MINOR | : | No. 563 EAL 2016 |
| | : | |
| | : | |
| PETITION OF: S.W. A/K/A C.M.W., FATHER | : : | Petition for Allowance of Appeal from the Order of the Superior Court |
| IN RE: T.D.Q.C., A MINOR | : | No. 564 EAL 2016 |
| | : | |
| | : | |
| PETITION OF: S.W. A/K/A C.M.W., FATHER | : : | Petition for Allowance of Appeal from the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.